## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMY NICKI STUCKERT, | : |
| Plaintiff, | : |
| | : Civil Action No.: 3:23-CV00148-MPS |
| v. | : |
| LINDE INC., | : MARCH 21, 2023 |
| Defendant. | : |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME
### TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 7 and 81(c), and D. Conn. L. Civ. R. 7(b), Defendant Linde Inc. ("Linde") hereby respectfully moves to file its motion to transfer venue pursuant to 28 U.S.C. § 1404 on or before April 14, 2023.

Good cause exists for this extension of time. The parties have been earnestly discussing settlement of this matter and would like the brief additional time to determine whether the matter may be resolved without further litigation. The parties believe that by April 14, 2023, the parties will have fully explored options for settlement and will know whether the matter may be resolved. Some of the issues involved in a potential settlement are relatively complex and will take a small amount of additional time to work through.

This is the second motion for extension of time that Defendant has requested with respect to this deadline. Plaintiff's counsel has been contacted and has consented to this motion. The granting of this motion will not delay the proceedings in this case.

For the foregoing reasons, Defendant respectfully requests to file its motion to transfer venue on or before April 14, 2023. The Court has previously granted Defendant's request to move, answer, or otherwise respond to the Complaint until 21 days after a ruling on the Defendant's

motion to transfer venue.

        Respectfully submitted,

        */s/ Lori B. Alexander*
        Lori B. Alexander (ct08970)
        Mathew W. Beckwith(ct30683)
        LITTLER MENDELSON, P.C.
        One Century Tower
        265 Church Street
        Suite 300
        New Haven, CT  06510
        Telephone: 203.974.8701
        Facsimile: 203.974.8799
        lalexander@littler.com
        mbeckwith@littler.com

## **CERTIFICATION**

      I hereby certify that on this 21st day of March, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.:

Marc P. Mercier  
Beck & Eldergill  
447 Center St.  
Manchester, CT 06040  
860-646-5606  
Fax: 860-646-0054  
Email: mmercier@beckeldergill.com  

                                        /s/ *Lori B. Alexander*  
                                        Lori B. Alexander (ct08970)